**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
POST OFFICE SQUARE LLC and LARRY WEINSTEIN,

                          Plaintiffs,

-against-                                    18 **CIVIL** 9687 (NSR)

                                                        **JUDGMENT**

VILLAGE OF SPRING VALLEY, VILLAGE OF
SPRING VALLEY BOARD OF TRUSTEES, and
MAYOR ALAN SIMON,

                          Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated August 31, 2020, Defendants' motion to dismiss is granted; Plaintiffs' federal taking claims are dismissed with prejudice; the Court declines to consider under its supplemental jurisdiction any remaining claims that Plaintiff asserts under state law; See 28 U.S.C. § 1367(c)(3); accordingly, this case is closed.

**Dated:**  New York, New York
             August 31, 2020

                                                       **RUBY J. KRAJICK**
                                                       _____
                                                             **Clerk of Court**
                                          **BY:**
                                                            **Deputy Clerk**